UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
CIVIL MINUTES—GENERAL

JS-6 / REMAND

| Case No. | **CV 21-8517-DMG (JEMx)** | Date | June 7, 2022 |
|---|---|---|---|
| Title | *Jacqueline James v. County of Los Angeles* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT**

On May 16, 2022, the Court granted Defendant's motion to dismiss Plaintiff's federal claims, with leave to amend. [Doc. # 19.] The Court gave Plaintiff 21 days to file a Third Amended Complaint with respect to those federal claims. Plaintiff has not done so, and the deadline has now passed. Therefore, the federal claims are **DISMISSED** with prejudice. As the Court indicated in its prior Order, because only state law claims now remain, the Court declines to exercise supplemental jurisdiction over those claims. This action is therefore **REMANDED** to the Los Angeles County Superior Court.

**IT IS SO ORDERED.**